**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ALFRED BELL (#179820)**                                      **CIVIL ACTION**

**VERSUS**

**KIP HOLDEN, ET AL.**                                          **NO. 08-0428-A-M2**

**O R D E R**

    This matter comes before the Court on the plaintiff's Motion to Reinstate Motion, rec.doc.no. 4, wherein he apparently seeks reconsideration of this Court's denial of his motion to proceed in forma pauperis herein.  The plaintiff is not entitled to the relief requested.  This Court has already determined that the plaintiff is not "under imminent danger of serious physical injury" within the meaning of the "three strikes" provision of 28 U.S.C. § 1915.  Accordingly,

    **IT IS ORDERED** that the plaintiff's Motion to Reinstate Motion, rec.doc.no. 4, be and it is hereby **DENIED.**

    **IT IS FURTHER ORDERED** that the plaintiff is granted an additional period of ten (10) days from the date of this Order within which to pay $350.00, the full amount of the Court's filing fee.  Failure to pay the filing fee within 10 days shall result in the dismissal of the plaintiff's action without further notice from the Court.

    Signed in chambers in Baton Rouge, Louisiana, August 19, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**