UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED BELL (#179820)

VERSUS                        CIVIL ACTION NO.: 08-428-JVP-CN

KIP HOLDEN, ET AL

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2008 OCT -6  P 4:09

_____
BY DEPUTY CLERK

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 15, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, this action shall be **DISMISSED** without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 6, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA